## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 20-cr-00028 |
| VS. | : | JUDGE SUMMERHAYS |
| DAMON LECHTENBERG | : | MAGISTRATE JUDGE KAY |

## REPORT AND RECOMMENDATION ON FELONY
## GUILTY PLEA BEFORE UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, United States Code, Section 636(b), and with the written and oral consent of the defendant, this matter has been referred by the District Court for administration of Guilty Plea and Allocution under Rule 11 of the Federal Rules of Criminal Procedure.

This cause came before the undersigned U. S. Magistrate Judge on April 9, 2020 at which time the defendant expressed a desire to waive his right to plead guilty before a District Judge and enter into a plea before the U. S. Magistrate Judge. Defendant indicated on the record his desire to consent to proceed before the undersigned and executed a waiver. Defendant was at all times represented by counsel, Walter M. Sanchez.

This matter was scheduled to be hearing April 9, 2020, at 1:30 p.m. Prior to the time of hearing we determined that appropriate circumstances currently exist (due to the recent outbreak of the coronavirus (COVID-19) and a declaration of public health emergency by the President and the issuance of a "Stay at Home Order" by the Governor of the State of Louisiana) that would warrant the proceeding to not be held in open court but rather conducted by Webex Web Conference. Defendant, after consultation with counsel, consented to so proceed. In order to

afford access to the public we posted an electronic minute entry (Doc. 32) that advised the public steps that could be taken if any member of the public would care to participate by telephone.

After said hearing and for reasons orally assigned, it is the finding of the undersigned that the defendant is fully competent, that his plea of guilty is knowing and voluntary, that his guilty plea to Counts Five and Six of the Indictment is fully supported by the written factual basis acknowledged by defendant orally in court and by his signature on the written document. This factual basis supports each essential element of the offense to which the defendant pled.

Therefore the undersigned U.S. Magistrate Judge recommends that the District Court **ACCEPT** the guilty plea of the defendant, Damon Lechtenberg, and that he be finally adjudged guilty of the offenses charged in Counts Five and Six of the Indictment.

Defendant is to remain in the custody of the U.S. Marshal pending sentencing which is set for July 16, 2020, at 10:00 a.m., before the Honorable Robert R. Summerhays in Lake Charles, Louisiana.

THUS DONE this 9th day of April, 2020.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE