**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **DOCKET NO. 20-cr-00028** |
| **VS.** | : | **JUDGE SUMMERHAYS** |
| **DAMON LECHTENBERG** | : | **MAGISTRATE JUDGE KAY** |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge, [Doc. #40], and in the transcript previously filed herein, [Doc. #41] and having thoroughly reviewed the record, with the defendant having waived the period for filing objections [Doc. #33], and concurring with the finding of the Magistrate Judge under applicable law:

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant **DAMON LECHTENBERG** on April 9, 2020 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the court, pursuant to the provisions of F.R.Cr.P. 11.

Lafayette Louisiana this 13th day of April, 2020.

_____
**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**